1
2
3
4
5
6
7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

11 JOSEPH MURL BENNETT,           )   NO. CV 10-2480-R(E)
                                 )
12          Petitioner,           )
                                 )   ORDER ADOPTING FINDINGS,
13      v.                       )
                                 )   CONCLUSIONS AND RECOMMENDATIONS
14 ARNOLD SCHWARZNEGGER, et al., )
                                 )   OF UNITED STATES MAGISTRATE JUDGE
15          Respondent.           )
                                 )
16 _____)

17

18      Pursuant to 28 U.S.C. section 636, the Court has reviewed the
19 Petition, all of the records herein and the attached Report and
20 Recommendation of United States Magistrate Judge.  The Court approves
21 and adopts the Magistrate Judge's Report and Recommendation.

22

23      IT IS ORDERED that Judgment be entered denying and dismissing the
24 Petition without prejudice.

25 ///

26 ///

27 ///

28 ///

1     IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
2 the Magistrate Judge's Report and Recommendation and the Judgment
3 herein by United States mail on Petitioner and counsel for Respondent.

5     LET JUDGMENT BE ENTERED ACCORDINGLY.

7     DATED: Sept. 13, 2010.

10     _____
11         MANUEL L. REAL
    UNITED STATES DISTRICT JUDGE